**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

JOHN J. LYNCH,

          Petitioner

          v.

JOSEPH ZWECHAROWSKI,

          Respondent

:  No. 294 EAL 2019
:
:
:
:  Petition for Allowance of Appeal
:  from the Order of the Superior Court
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of December, 2019, the Petition for Allowance of Appeal is **DENIED**.